IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                      **CRIMINAL NO. 25 CR 963 MIS**

**CARLOS ROBERTO PEREZ-LOPEZ,**

    **Defendant,**

### REPLY TO GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE AND UNOPPOSED MOTION TO DISMISS COUNT 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE

COMES NOW, the Defendant, Carlos Roberto Perez-Lopez, by and through his attorney of record, Carlos Ibarra-Aguirre, and replies to the Government's Response in this case (Doc. 17). On behalf of my client, undersigned counsel is unopposed to the Government's request to dismiss Count 2 and Count 3 of the information without prejudice.  Undersigned counsel notes he has made no admission on behalf of the client in connection with his lack of opposition to the motion and has not entered any stipulations with the Government in this case on behalf of the client. Undersigned counsel agrees to a dismissal of Count 2 and Count 3 of the Information is in the interests of justice.

WHEREFORE, undersigned does not oppose the Government's motion to dismiss Count 2 and Count 3 of the Information without prejudice in the interests of justice.

Respectfully submitted by,

_____/S/_____
Carlos Ibarra-Aguirre 𝑤
Attorney for the Defense
415 E. May Avenue #2
Las Cruces, NM 88001
(575) 527-4045
carlosibarraesq@gmail.com

*Electronically filed June 24, 2025*

By: /s/ Carlos Ibarra

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon Assistant United States Attorney's Office, 200 N. Church Street, in Las Cruces, New Mexico 88001, via CM/ECF on this 24th day of June 2025.

By: /s/ Carlos Ibarra